IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

| | | |
|---|---|---|
| WILLIAM G. LONSETH, | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 120033D |
| | ) | |
| v. | ) | |
| | ) | |
| MULTNOMAH COUNTY ASSESSOR | ) | |
| and DEPARTMENT OF REVENUE, | ) | |
| State of Oregon, | ) | |
| | ) | |
| Defendants. | ) | **DECISION OF DISMISSAL** |

This matter is before the court on Plaintiff's verbal communication, stating on April 23, 2012, that "he does not intend to pursue [his] appeal." Plaintiff was requested to put his request in writing, but stated that he "would not" and that his call "was only a courtesy." Given Plaintiff's verbal communication that he no longer plans to pursue his appeal and refusal to put his request to withdraw in writing, the above-entitled matter is dismissed. Now, therefore,

IT IS THE DECISION OF THIS COURT that this matter be dismissed.

Dated this ___ day of April 2012.

_____
JILL A. TANNER
PRESIDING MAGISTRATE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within 60 days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Presiding Magistrate Jill A. Tanner on April 24, 2012. The Court filed and entered this document on April 24, 2012.*